[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**March 22, 2006**
**THOMAS  K. KAHN**
**CLERK**

_____

No. 05-11288
Non-Argument Calendar

_____

D. C. Docket No. 04-00032-CR-J-20-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME GOMEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 22, 2006)**

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Jaime Gomez in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gomez's conviction and sentence is **AFFIRMED**.